UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA RAND, et al<br><br>    Plaintiffs<br><br>    v.<br><br>BUSHKILL INN AND CONFERENCE CENTER, et al<br><br>    Defendants | CIVIL ACTION NO. **3:15-CV-2264**<br><br>**(MEHALCHICK, M.J.)** |

## ORDER

AND NOW, this 7th day of February, 2017, The court-appointed mediator having reported to the court that this action has been settled, **IT IS HEREBY ORDERED THAT** this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within **sixty (60) days** if the settlement is not consummated.

BY THE COURT:

*s/ Karoline Mehalchick*
KAROLINE MEHALCHICK
United States Magistrate Judge